**Fill in this information to identify the case**

Debtor name    **COLLECTIVE INTERESTS, INC.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number    **19-10665**
(if known)

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**      Current value of
   debtor's interest

2. **Cash on hand**      **$1,282.16**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Checking account** | **Checking account** | 4   7   4   2 | **$10,131.70** |
| 3.2. **Savings account** | **Savings account** | 8   6   5   7 | **$217.50** |

4. **Other cash equivalents**    *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      | **$11,631.36** |

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**7.**    **Deposits, including security deposits and utility deposits**

     Description, including name of holder of deposit

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

8.1.    __DRB SYSTEMS - PREPAID SOFTWARE SUPPORT__        __$5,830.81__

**9.**    **Total of Part 2.**
     Add lines 7 through 8. Copy the total to line 81.      **$5,830.81**

## Part 3:   Accounts receivable

**10.**   **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.
     ☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.**   **Accounts receivable**

| 11a. 90 days old or less: | __$2,530.60__ | – | __$0.00__ | = ...............➜ | __$2,530.60__ |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | __$160.97__ | – | __$0.00__ | = ...............➜ | __$160.97__ |
| | face amount | | doubtful or uncollectible accounts | | |

**12.**   **Total of Part 3**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$2,691.57**

## Part 4:   Investments

**13.**   **Does the debtor own any investments?**

     ☒ No. Go to Part 5.
     ☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|
| **14.** **Mutual funds or publicly traded stocks not included in Part 1** | | |
|    Name of fund or stock: | | |
| **15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
|    Name of entity:      % of ownership: | | |
| **16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
|    Describe: | | |

**17.**   **Total of Part 4**
     Add lines 14 through 16. Copy the total to line 83.      **$0.00**

## Part 5:   Inventory, excluding agriculture assets

**18.**   **Does the debtor own any inventory (excluding agriculture assets)?**

     ☐ No. Go to Part 6.
     ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| Retail items | 12/31/2018 | $15,248.25 | FIFO | $15,248.25 |
| Lube and inspection supplies | 12/31/2018 | $41,371.60 | FIFO | $41,371.60 |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$56,619.85

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 8.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Desks and miscellaneous office furniture | $0.00 | | Unknown |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers, software | $1,680.00 | Depreciated Book Value | $1,680.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$1,680.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Tunnel, lube and all other shop equipment | $243,807.00 | Depreciated Book Value | $243,807.00 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$243,807.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes.  Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **3919 Juniper Trace, Austin, TX 78738**<br>**Building/site improvements** | Fee Simple | $699,200.00 | Depreciated Book | $699,200.00 |
| 55.2.  **3919 Juniper Trace, Austin, TX 78738**<br>**Land** | Fee Simple | $195,069.00 | Book Value | $195,069.00 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$894,269.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10:    Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☒ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ☑ No
  ☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

**Part 11:  All other assets**

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☑ No.  Go to Part 12.
  ☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**71.  Notes receivable**

Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.  Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

**$0.00**

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $11,631.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,830.81 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,691.57 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $56,619.85 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,680.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $243,807.00 | |
| 88. **Real property.** *Copy line 56, Part 9*................................................➔ | | $894,269.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $322,260.59 | + 91b. $894,269.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.......................................................................  **$1,216,529.59**

**Fill in this information to identify the case:**

Debtor name    **COLLECTIVE INTERESTS, INC.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known)    **19-10665**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party?<br>☐ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred | | | |
| Last 4 digits of account number   ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Do multiple creditors have an interest in the same property?<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

    **$0.00**

Debtor    **COLLECTIVE INTERESTS, INC.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **19-10665**
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** | **Unknown** |

**Travis County Tax Office**

**Office PO Box 149324**

**Austin, Texas 7871**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$164.27** |

**ABC Pest Control**

**9475 E Hwy 29**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**            **TX      78724**

**Basis for the claim:**  **Trade**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,430.09** |

**Allied Sales Co.**

**P.O. Box 6116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**            **TX      78762**

**Basis for the claim:**  **Trade**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**American Solutions for Business**

**P.O. Box 218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Glenwood**          **MN      56334-0218**

**Basis for the claim:**  **Trade**

Date or dates debt was incurred   **524.14**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**B & K Distributing**

**401 Westfall Trail**

**Liberty Hill, TX 7864**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Date or dates debt was incurred   **281.23**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Bill Lewis Electric**

**c/o Lorianne Lewis**

**1784 Bee Creek Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Spicewood**                    **TX        78669**

**Basis for the claim:**
**Trade**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Blue Mountain Arts**

**Dept V1420**

**P.O. Box 17180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Denver**                    **CO        80217-0180**

**Basis for the claim:**
**Trade**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$158.70** |

**Calypso Cards and Gifts**

**Rising Sun Mills, Bh101**

**166 Valley Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Providence**                    **RI        02909**

**Basis for the claim:**
**Trade**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Chik Fil A**

**3600 Ranch Road 620 S**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**                    **TX        78738**

**Basis for the claim:**
**Trade**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

**Classic Boat Docks**

**James King**

**P.O. Box 113**

**Fredericksburg**            **TX**      **78624**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Unknown

---

| 3.10 | Nonpriority creditor's name and mailing address |
|---|---|

**Community Impact**

**16225 Impact Way**

**Pflugerville**            **TX**      **78660**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,965.00

---

| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

**Dan Hernandez**

**2121 Lohmans Crossing Suite 504-283**

**Lakeway**            **TX**      **78734**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Unknown

---

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

**Dave Swenson**

**10401 Jollyville Road**

**Austin**            **TX**      **78759**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Executory Contract**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Unknown

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.13 | **Nonpriority creditor's name and mailing address** |

**Design Design**

**Attn: Accounts Payable**

**PO BOX 2266**

**Grand Rapids**          **MI**      **49501-2266**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Trade**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$738.55

---

| 3.14 | **Nonpriority creditor's name and mailing address** |

**Elektroplate**

**3230 Commander Dr.**

**Carrollton**          **TX**      **75006**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Trade**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$445.10

---

| 3.15 | **Nonpriority creditor's name and mailing address** |

**Elliot Silverstone Co**

**7100 Spurlock Drive**

**Austin**          **TX**      **78731-2135**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Commission**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Unknown

---

| 3.16 | **Nonpriority creditor's name and mailing address** |

**Ganz**

**P.O. Box 530**

**Buffalo.**          **NY**      **14240-0580**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Trade**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1.46

---

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$882,029.80

**Gary Domel**

**3919 Juniper Trace**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Note__

Austin                    TX     78738

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

Unknown

**Gordan Darby**

**PO Box 99309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Trade__

Louisville               KY     40269-0309

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Honda Financial**

**5519 E. Ben White**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Automobile Lease__

Austin                    TX     78741

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$822,029.79

**Kim Domel**

**406 San Remo**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Note__

Lakeway                  TX     78734

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

| 3.21 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Land West**

**Attn:  Maria Schladant**

**P.O. Box 340789**

**Austin**                          **TX**      **78734**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.22 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Lifetime Brands**

**1000 Stewart Avenue**

**Garden City**                    **NJ**      **11530**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade**

Is the claim subject to offset?
☑ No
☐ Yes

**$188.22**

---

| 3.23 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Maxwell, Locke, & Ritter**

**PO Box 224421**

**Dallas**                          **TX**      **75222-9543**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accounting Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,120.00**

---

| 3.24 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Opus USA Inc**

**P.O. 83201**

**Chicago**                        **IL**      **60691-0201**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Prudential Overall Supply**

**P.O. Box 11210**

**Santa Ana          CA     92711-1210**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset?
☑ No
☐ Yes

**$362.02**

---

| 3.26 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Randall Electric**

**Attn: Jennifer Randall**

**P.O. Box 340059**

**Austin          TX     78734**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| 3.27 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Superior Auto Extras**

**12601 Encinitas Ave.**

**Sylmar          CA     91342**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| 3.28 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Village of Bee Cave**

**4000 Galleria Parkway**

**Bee Cave          TX     78738**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29**    Nonpriority creditor's name and mailing address

**Whittington's Jerky, Inc**

**PO Box 8**

**Johnson City**      **TX**    **78636**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Trade**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$103.00**

**3.30**    Nonpriority creditor's name and mailing address

**Winstead Sechrest & Minick**

**401 Congress Suite 2100**

**Austin, Tx 7870**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Legal Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,998.00**

**3.31**    Nonpriority creditor's name and mailing address

**WTCPUA**

**13215 Bee Cave Pkwy**

**Building B, Suite 110**

**Bee Cave**      **TX**    **78738**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Unknown**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**   **Hamilton Rial**

   **3660 Stoneridge, Road**

   **Austin                    TX       78746**

Line      **3.20**

☐   Not listed.  Explain:

___ ___ ___ ___

**4.2**   **Internal Revenue Service**

   **Centralized Insolvency Office**

   **P. O. Box 7346**

   **Philadelphia              PA      19101-7346**

Line   _____

☑   Not listed.  Explain:
   **Notice Only**

___ ___ ___ ___

**4.3**   **Kirt Kiester**

   **611 West 4th Street**

   **Austin                    TX       78701**

Line      **3.12**

☐   Not listed.  Explain:

___ ___ ___ ___

**4.4**   **Patrick Keel**

   **2814 Glenview Avenue**

   **Austin                    TX       78701**

Line   _____

☑   Not listed.  Explain:
   **Notice Only**

___ ___ ___ ___

**4.5**   **Texas Comptroller of Public Accounts**

   **Revenue Accounting Division - Bankruptcy**

   **P.O. Box 13528 Capitol Station**

   **Austin                    TX       78711**

Line   _____

☑   Not listed.  Explain:
   **Notice Only**

___ ___ ___ ___

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. _____ **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** _____ **$1,719,734.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. _____ **$1,719,734.00** |

**Fill in this information to identify the case:**

Debtor name    **COLLECTIVE INTERESTS, INC.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number   **19-10665**     Chapter   **11**
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

    ☐   No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

    ☑   Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
       (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

                                                **State the name and mailing address for all other**
                                                **parties with whom the debtor has an executory**
                                                **contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Earnest Monely Contract** <br> **Contract to be REJECTED** | **Dave Swenson** <br> **10401 Jollyville Road** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Austin**        **TX**    **78759** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Lease of vehicle** <br> **Contract to be ASSUMED** | **Honda Financial** <br> **5519 E. Ben White** |
| | State the term remaining | **35 payment(s)** | |
| | List the contract number of any government contract | | **Austin**        **TX**    **78741** |

Debtor name **COLLECTIVE INTERESTS, INC.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **19-10665**
(if known)

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name  **COLLECTIVE INTERESTS, INC.**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known):  **19-10665**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B.............................................................................................  **$894,269.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B...........................................................................................  **$322,260.59**

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B.............................................................................................  **$1,216,529.59**

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.......................................  **$0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F................................................................  **$0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................................  **+  $1,719,734.00**

4.  **Total liabilities**
    Lines 2 + 3a + 3b...............................................................................................................  **$1,719,734.00**

Debtor Name    **COLLECTIVE INTERESTS, INC.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number    **19-10665**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/06/2019**    X _____
      MM / DD / YYYY       Signature of individual signing on behalf of debtor

*SIGN HERE*

      **Gary Domel**
      Printed name

      **President**
      Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **COLLECTIVE INTERESTS, INC.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number   **19-10665**
(if known)

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.**   **Gross revenue from business**

    ☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

| | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>**01/01/2019**</u> to   Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$507,436.43** |
| **For prior year:** | From <u>**01/01/2018**</u> to <u>**12/31/2018**</u><br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,393,541.03** |
| **For the year before that:** | From <u>**01/01/2017**</u> to <u>**12/31/2017**</u><br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,351,890.75** |

**2.**   **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None

| | | Description of sources of revenue | Gross revenue<br>from each source<br>(before deductions<br>and exclusions |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>**01/01/2019**</u> to   Filing date<br>MM / DD / YYYY | <u>**Interest**</u> | **$0.03** |
| **For prior year:** | From <u>**01/01/2018**</u> to <u>**12/31/2018**</u><br>MM / DD / YYYY    MM / DD / YYYY | <u>**Interest**</u> | **$0.57** |
| **For the year before that:** | From <u>**01/01/2017**</u> to <u>**12/31/2017**</u><br>MM / DD / YYYY    MM / DD / YYYY | <u>**Interest**</u> | **$3.10** |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐  None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | __See Attached Exhibit 3__<br>Creditor's name<br><br>Street<br><br><br>City          State      ZIP Code | _____ | | ☐  Secured debt<br>☐  Unsecured loan repayments<br>☐  Suppliers or vendors<br>☐  Services<br>☐  Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐  None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | __Gary Domel__<br>Insider's name<br><br>Street<br><br><br>City          State      ZIP Code | 05/22/18<br>06/25/18<br>07/31/18<br>08/30/18 | __$37,500.00__ | **Note Payments** |
| | Relationship to debtor<br>__Shareholder, Officer, Director__ | | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.2. | __Kim Domel__<br>Insider's name<br><br>Street<br><br><br>City          State      ZIP Code | 06/25/18<br>07/31/18<br>08/30/18 | __$32,500.00__ | **Note Payment** |
| | Relationship to debtor<br>__Shareholder__ | | | |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Collective Interests v David Swenson and Elliott Silverstone** | | **345th District Court**<br>Name<br><br>Street | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**D-1-GN-19-001501** | | City        State   ZIP Code | |
| 7.2. | **Kimberly Berry v. Coachworks** | **Property Damage** | **Travis Co Court at Law #2**<br>Name<br>**1000Guadalupe, Room 211**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**C-1-CV-18-003333** | | **Austin,**              **TX**   **78701**<br>City        State   ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the
      aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

9.1.  **LTHS Cheerleading Booster Club**    **Cash**                        **7-5-17**        $2,000.00
      Recipient's name                                                        **6-25-18**
      **3324 Ranch Rd 620 S**
      Street

      **Austin**          **TX**    **78734**
      City                State  ZIP Code

      **Recipient's relationship to debtor**
      **None**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

9.2.  **Acts Church Lakeway**              **Cash**                        **Monthly**        $7,920.00
      Recipient's name
      **1304 Ranch Rd 620 N**
      Street

      **Lakeway**         **TX**    **78734**
      City                State  ZIP Code

      **Recipient's relationship to debtor**
      **None**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

9.3.  **LAKE TRAVIS FFA ALUMNI**           **CAsh**                        **11/10/2018**     $1,000.00
      Recipient's name
      **3324 RANCH RD 620 S.**
      Street

      **Austin**          **TX**    **78734**
      City                State  ZIP Code

      **Recipient's relationship to debtor**
      **None**

## Part 5:    Certain Losses

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

 None

<div style="background:black;color:white">**Part 6:    Certain Payments or Transfers**</div>

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Law Office of Ray Battaglia, PLLC** | | 05/19/2019 | $17,717.00 |

**Address**

**66 Granburg Circle**
Street

**San Antonio            TX        78218**
City                     State     ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

<div style="background:black;color:white">**Part 7:    Previous Locations**</div>

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **25709 Cliff Circle** | From _____    To _____ |
| Street | |
| **Spicewood,            TX        78669** | |
| City                     State     ZIP Code | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☐ Yes.  Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| __Right Space Storage__<br>Name<br>__9023 W. Hwy 71__<br>Street<br><br>__Austin____TX__  __78735__<br>City    State  ZIP Code | __Gary Domel, Chris Domel, Mike Nowlin, Mason Domel__<br><br>Address | __Retail displays and various equipment__ | ☑ No<br>☐ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

26. **Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  **Mary Porter**<br>Name<br>**109 Explorer Cove**<br>Street<br><br>**Lakeway,**    **TX**   **78734**<br>City    State   ZIP Code | From  **01/15/1998**   To  **Present** |

| Name and address | Dates of service |
|---|---|
| 26a.2. **Chris Domel** | From **07/2009** To **present** |
| Name | |
| **3919 Juniper Trace** | |
| Street | |
| | |
| **Bee Caves**    **TX**    **78738** | |
| City    State    ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Elliot Silverstone** | From _____ To _____ |
| Name | |
| **7100 Spurlock Drive** | |
| Street | |
| | |
| **Austin,**    **TX**    **78734** | |
| City    State    ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. **Bruce Morrison, Attorney** | From _____ To _____ |
| Name | |
| **12322 Wycliff Ln** | |
| Street | |
| | |
| **Austin,**    **TX**    **78727** | |
| City    State    ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Mary Porter** | |
| Name | |
| **109 Explorer Cove** | |
| Street | |
| | |
| **Lakeway**    **TX**    **78734** | |
| City    State    ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. **Chris Domel** | |
| Name | |
| **3919 Juniper Trace** | |
| Street | |
| | |
| **Bee Cave**    **TX**    **78738** | |
| City    State    ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **BBVA Compass Bank**
Name
**12524 FM 2244 Rd**
Street

| | | |
|---|---|---|
| **Bee Cave** | **TX** | **78738** |
| City | State | ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Chris Domel** | **12/31/18** | **$16,813.42** |

**Name and address of the person who has possession of inventory records**

27.1. **Chris Domel**
Name
**3919 Juniper Trace**
Street

| | | |
|---|---|---|
| **Bee Caves** | **TX** | **78738** |
| City | State | ZIP Code |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Chris Domel** | **12/31/18** | **$29,419.53** |

**Name and address of the person who has possession of inventory records**

27.2. **Chris Domel**
Name
**3919 Juniper Trace**
Street

| | | |
|---|---|---|
| **Bee Cave,** | **TX** | **78738** |
| City | State | ZIP Code |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gary Domel** | **12531 W. Hwy 71, Apt 4209**<br>**Bee Cave, TX 78738** | **President** | **100%** |

Debtor    **COLLECTIVE INTERESTS, INC.**          Case number (if known)  __19-10665__
_____
Name

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1.  **Gary Domel** <br> Name <br><br> Street <br><br> City          State   ZIP Code <br><br> **Relationship to debtor** <br> **Shareholder, Officer and Director** | **Cash** <br> **$16,666.65** | **12/31/18** <br> **01/31/19** <br> **02/28/19** <br> **03/31/19** <br> **04/30/19** | **Salary** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Part 14: | Signature and Declaration |
|----------|---------------------------|

**WARNING --**Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/05/2019**
MM / DD / YYYY

X _____          Printed name  **Gary Domel**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

# SOFA - EXHIBIT 3

| | | Type | Date | Num | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| **Accident Fund.** | | | | | | | | |
| P.O. Box 7700 Dept 77125 | | Check | 06/10/2018 | draft | 1113 · Compass Bank - New 2016 | √ | 6181 · Workman's Comp | -2,011.00 |
| Detroit, MI 48277-0125 | | Check | 07/10/2018 | draft | 1113 · Compass Bank - New 2016 | √ | 6181 · Workman's Comp | -2,011.00 |
| | | Check | 08/10/2018 | draft | 1113 · Compass Bank - New 2016 | √ | 6181 · Workman's Comp | -2,011.00 |
| | | Check | 09/10/2018 | draft | 1113 · Compass Bank - New 2016 | √ | 6181 · Workman's Comp | -2,011.00 |
| | | Check | 10/10/2018 | draft | 1113 · Compass Bank - New 2016 | √ | 6181 · Workman's Comp | -2,011.00 |
| | | Check | 11/10/2018 | draft | 1113 · Compass Bank - New 2016 | √ | 6181 · Workman's Comp | -2,011.00 |
| | | Check | 12/10/2018 | draft | 1113 · Compass Bank - New 2016 | √ | 6181 · Workman's Comp | -2,011.00 |
| | | Check | 01/10/2019 | draft | 1113 · Compass Bank - New 2016 | √ | 6181 · Workman's Comp | 0.00 |
| | | Check | 03/10/2019 | draft | 1113 · Compass Bank - New 2016 | √ | 6181 · Workman's Comp | -1,720.50 |
| | | Check | 04/10/2019 | draft | 1113 · Compass Bank - New 2016 | √ | 6181 · Workman's Comp | -1,720.50 |
| | | Check | 05/10/2019 | draft | 1113 · Compass Bank - New 2016 | √ | 6181 · Workman's Comp | -1,720.50 |
| | | | | | | | | |
| **Total** | | | | | | | | **-19,238.50** |
| | | | | | | | | |
| **Allied Sales Co.** | | | | | | | | |
| P.O. Box 6116 | | Bill Pmt -Check | 06/29/2018 | 9195 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -8,623.97 |
| Austin, TX 78762 | | Bill Pmt -Check | 07/23/2018 | 9261 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -11,573.65 |
| | | Bill Pmt -Check | 08/21/2018 | 9340 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -13,357.07 |
| | | Bill Pmt -Check | 10/10/2018 | 9450 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -13,564.10 |
| | | Bill Pmt -Check | 11/20/2018 | | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -15,957.93 |
| | | Bill Pmt -Check | 12/20/2018 | 9613 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -13,089.04 |
| | | Bill Pmt -Check | 02/05/2019 | 9726 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -6,155.42 |
| | | Bill Pmt -Check | 02/27/2019 | 9772 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -15,495.59 |
| | | Check | 04/04/2019 | 9886 | 1113 · Compass Bank - New 2016 | √ | 1150 · Lube Inventory | -837.69 |
| | | Bill Pmt -Check | 04/16/2019 | 9925 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -10,297.03 |
| | | Check | 04/16/2019 | 9924 | 1113 · Compass Bank - New 2016 | √ | 1150 · Lube Inventory | -131.64 |
| | | Bill Pmt -Check | 04/16/2019 | 9926 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -8,821.65 |
| | | Check | 05/07/2019 | 9973 | 1113 · Compass Bank - New 2016 | √ | 1150 · Lube Inventory | -1,316.86 |
| | | Bill Pmt -Check | 05/07/2019 | 9974 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -3,082.85 |
| | | Bill Pmt -Check | 05/15/2019 | 10002 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -9,332.74 |
| | | | | | | | | |
| **Total** | | | | | | | | **-131,637.23** |
| | | | | | | | | |
| **American Lube Supply** | | | | | | | | |
| 8165 Whisper Oak | | Bill Pmt -Check | 10/10/2018 | 9451 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -2,323.63 |
| San Antonio, TX 78266 | | Bill Pmt -Check | 12/31/2018 | 9647 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -811.94 |
| | | Bill Pmt -Check | 02/05/2019 | 9724 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | 0.00 |
| | | Bill Pmt -Check | 04/02/2019 | 9876 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -2,401.07 |
| | | Bill Pmt -Check | 05/15/2019 | 10003 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -1,941.27 |
| | | | | | | | | |
| **Total** | | | | | | | | **-7,477.91** |
| | | | | | | | | |
| **AT & T** | | | | | | | | |
| P.O. Box 105414 | | Check | 05/30/2018 | | 1113 · Compass Bank - New 2016 | √ | 6340 · Telephone | -749.92 |
| Atlanta, GA 30348-5414 | | Check | 06/28/2018 | | 1113 · Compass Bank - New 2016 | √ | 6340 · Telephone | -743.02 |
| | | Check | 07/30/2018 | | 1113 · Compass Bank - New 2016 | √ | 6340 · Telephone | -745.74 |
| | | Check | 08/28/2018 | | 1113 · Compass Bank - New 2016 | √ | 6340 · Telephone | -745.76 |
| | | Check | 09/28/2018 | | 1113 · Compass Bank - New 2016 | √ | 6340 · Telephone | -745.70 |

| | | Type | Date | Num | Account | Clr | | Split | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Check | 10/29/2018 | | 1113 · Compass Bank - New 2016 | √ | | 6340 · Telephone | | -850.77 |
| | | Check | 11/29/2018 | | 1113 · Compass Bank - New 2016 | √ | | 6340 · Telephone | | -302.79 |
| | | Check | 12/28/2018 | | 1113 · Compass Bank - New 2016 | √ | | 6340 · Telephone | | -527.71 |
| | | Check | 01/29/2019 | | 1113 · Compass Bank - New 2016 | √ | | 6340 · Telephone | | -546.73 |
| | | Check | 02/28/2019 | | 1113 · Compass Bank - New 2016 | √ | | 6340 · Telephone | | -546.71 |
| | | Check | 03/28/2019 | | 1113 · Compass Bank - New 2016 | √ | | 6340 · Telephone | | -546.71 |
| | | Check | 04/29/2019 | | 1113 · Compass Bank - New 2016 | √ | | 6340 · Telephone | | -546.03 |
| **Total** | | | | | | | | | | **-7,597.59** |
| | | | | | | | | | | |
| **City of Austin** | | | | | | | | | | |
| P.O. Box 2267 | | Check | 05/25/2018 | | 1113 · Compass Bank - New 2016 | √ | | 6391 · Electric Service | | -2,026.67 |
| Austin, TX 78738-5507 | | Check | 06/25/2018 | | 1113 · Compass Bank - New 2016 | √ | | 6391 · Electric Service | | -2,113.71 |
| | | Check | 07/27/2018 | | 1113 · Compass Bank - New 2016 | √ | | 6391 · Electric Service | | -2,145.82 |
| | | Check | 08/27/2018 | | 1113 · Compass Bank - New 2016 | √ | | 6391 · Electric Service | | -2,254.85 |
| | | Check | 09/28/2018 | | 1113 · Compass Bank - New 2016 | √ | | 6391 · Electric Service | | -2,393.98 |
| | | Check | 10/25/2018 | | 1113 · Compass Bank - New 2016 | √ | | 6391 · Electric Service | | -1,884.14 |
| | | Check | 11/26/2018 | | 1113 · Compass Bank - New 2016 | √ | | 6391 · Electric Service | | -2,115.00 |
| | | Check | 12/26/2018 | | 1113 · Compass Bank - New 2016 | √ | | 6391 · Electric Service | | -2,415.92 |
| | | Check | 01/28/2019 | | 1113 · Compass Bank - New 2016 | √ | | 6391 · Electric Service | | -2,541.85 |
| | | Check | 02/25/2019 | | 1113 · Compass Bank - New 2016 | √ | | 6391 · Electric Service | | -2,503.50 |
| | | Check | 03/25/2019 | | 1113 · Compass Bank - New 2016 | √ | | 6391 · Electric Service | | -2,460.41 |
| | | Check | 04/26/2019 | | 1113 · Compass Bank - New 2016 | √ | | 6391 · Electric Service | | -2,387.35 |
| **Total** | | | | | | | | | | **-27,243.20** |
| | | | | | | | | | | |
| **Dealer Industries** | | | | | | | | | | |
| 2001 110th St | | Bill Pmt -Check | 06/29/2018 | 9199 | 1113 · Compass Bank - New 2016 | √ | | 2000 · Accounts Payable | | -547.49 |
| Grand Prairie, TX 75050 | | Bill Pmt -Check | 07/23/2018 | 9263 | 1113 · Compass Bank - New 2016 | √ | | 2000 · Accounts Payable | | -732.46 |
| | | Bill Pmt -Check | 10/10/2018 | 9455 | 1113 · Compass Bank - New 2016 | √ | | 2000 · Accounts Payable | | -921.66 |
| | | Bill Pmt -Check | 12/04/2018 | 9572 | 1113 · Compass Bank - New 2016 | √ | | 2000 · Accounts Payable | | -2,734.95 |
| | | Bill Pmt -Check | 12/31/2018 | 9650 | 1113 · Compass Bank - New 2016 | √ | | 2000 · Accounts Payable | | -3,003.63 |
| | | Bill Pmt -Check | 02/05/2019 | 9730 | 1113 · Compass Bank - New 2016 | √ | | 2000 · Accounts Payable | | -613.16 |
| | | Bill Pmt -Check | 03/20/2019 | 9836 | 1113 · Compass Bank - New 2016 | √ | | 2000 · Accounts Payable | | -2,377.34 |
| | | Bill Pmt -Check | 05/04/2019 | 9940 | 1113 · Compass Bank - New 2016 | √ | | 2000 · Accounts Payable | | -3,203.27 |
| | | Bill Pmt -Check | 05/15/2019 | 10005 | 1113 · Compass Bank - New 2016 | √ | | 2000 · Accounts Payable | | -194.98 |
| **Total** | | | | | | | | | | **-14,328.94** |
| | | | | | | | | | | |
| **DRB Systems Inc.** | | | | | | | | | | |
| P.O. Box 550 | | Bill Pmt -Check | 07/23/2018 | 9265 | 1113 · Compass Bank - New 2016 | √ | | 2000 · Accounts Payable | | -235.60 |
| Uniontown, OH 44685 | | Bill Pmt -Check | 08/21/2018 | 9342 | 1113 · Compass Bank - New 2016 | √ | | 2000 · Accounts Payable | | -207.52 |
| | | Bill Pmt -Check | 12/04/2018 | 9573 | 1113 · Compass Bank - New 2016 | √ | | 2000 · Accounts Payable | | -1,042.70 |
| | | Bill Pmt -Check | 12/31/2018 | 9651 | 1113 · Compass Bank - New 2016 | √ | | 2000 · Accounts Payable | | -232.43 |
| | | Bill Pmt -Check | 04/02/2019 | 9878 | 1113 · Compass Bank - New 2016 | √ | | 2000 · Accounts Payable | | -7,255.02 |
| **Total** | | | | | | | | | | **-8,973.27** |
| | | | | | | | | | | |
| **Kai Geschke** | | | | | | | | | | |
| 11200 Rand Rd 2222 | | Check | 02/25/2019 | 9769 | 1113 · Compass Bank - New 2016 | √ | | -SPLIT- | | -7,500.00 |

| | | Type | Date | Num | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| Austin, TX 78730 | | | | | | | | |
| | | | | | | | | 7,500.00 |
| **Total** | | | | | | | | |
| | | | | | | | | |
| **Lone Star Car Wash Systems** | | | | | | | | |
| 7320 B 82nd Street | | Bill Pmt -Check | 06/29/2018 | 9202 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -1,905.67 |
| Lubbock,TX 79424 | | Bill Pmt -Check | 10/10/2018 | 9456 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -6,534.42 |
| | | | | | | | | |
| **Total** | | | | | | | | **-8,440.09** |
| | | | | | | | | |
| **Maxwell, Locke, & Ritter** | | | | | | | | |
| P.O. Box 224421 | | Bill Pmt -Check | 09/07/2018 | 9392 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -6,280.00 |
| Dallas, TX 75222-9543 | | Check | 01/12/2019 | 9666 | 1113 · Compass Bank - New 2016 | √ | 6270 · Professional Fees | -3,655.00 |
| | | Bill Pmt -Check | 05/15/2019 | 10007 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -1,585.00 |
| | | | | | | | | |
| **Total** | | | | | | | | **-11,520.00** |
| | | | | | | | | |
| **Merchant Services** | | | | | | | | |
| First Data | | Check | 06/06/2018 | | 1113 · Compass Bank - New 2016 | √ | 6042 · Merchant Services | -2,807.40 |
| 5565 Glenridge | | Check | 07/06/2018 | | 1113 · Compass Bank - New 2016 | √ | 6042 · Merchant Services | -2,578.03 |
| Connector NE, Suite 2000 | | Check | 08/07/2018 | | 1113 · Compass Bank - New 2016 | √ | 6042 · Merchant Services | -2,526.22 |
| Atlanta, GA 30342 | | Check | 09/05/2018 | | 1113 · Compass Bank - New 2016 | √ | 6042 · Merchant Services | -3,031.93 |
| | | Check | 10/10/2018 | | 1113 · Compass Bank - New 2016 | √ | 6042 · Merchant Services | -1,513.17 |
| | | Check | 11/06/2018 | | 1113 · Compass Bank - New 2016 | √ | 6042 · Merchant Services | -2,124.72 |
| | | Check | 12/07/2018 | | 1113 · Compass Bank - New 2016 | √ | 6042 · Merchant Services | -2,702.04 |
| | | Check | 01/08/2019 | | 1113 · Compass Bank - New 2016 | √ | 6042 · Merchant Services | -2,509.97 |
| | | Check | 02/05/2019 | | 1113 · Compass Bank - New 2016 | √ | 6042 · Merchant Services | -2,652.49 |
| | | Check | 03/07/2019 | | 1113 · Compass Bank - New 2016 | √ | 6042 · Merchant Services | -2,206.27 |
| | | Check | 04/05/2019 | | 1113 · Compass Bank - New 2016 | √ | 6042 · Merchant Services | -3,008.59 |
| | | Check | 04/15/2019 | | 1113 · Compass Bank - New 2016 | √ | 6042 · Merchant Services | -58.94 |
| | | Check | 05/07/2019 | | 1113 · Compass Bank - New 2016 | √ | 6042 · Merchant Services | -2,330.62 |
| | | | | | | | | |
| **Total** | | | | | | | | **-30,050.39** |
| | | | | | | | | |
| **Nationwide Insurance** | | | | | | | | |
| P.O. Box 514540 | | Check | 06/02/2018 | 9154 | 1113 · Compass Bank - New 2016 | √ | 6185 · Liability Insurance | -1,465.66 |
| Los Angeles, CA 90051-4540 | | Check | 07/02/2018 | 2 | 1113 · Compass Bank - New 2016 | √ | 6185 · Liability Insurance | -1,465.66 |
| | | Check | 09/02/2018 | 3 | 1113 · Compass Bank - New 2016 | √ | 6185 · Liability Insurance | -1,465.66 |
| | | Check | 11/02/2018 | 9510 | 1113 · Compass Bank - New 2016 | √ | 6185 · Liability Insurance | -1,465.66 |
| | | Check | 08/04/2018 | 9306 | 1113 · Compass Bank - New 2016 | √ | 6185 · Liability Insurance | -1,465.66 |
| | | Check | 10/04/2018 | 9444 | 1113 · Compass Bank - New 2016 | √ | 6185 · Liability Insurance | -1,465.66 |
| | | Check | 12/04/2018 | 5 | 1113 · Compass Bank - New 2016 | √ | 6185 · Liability Insurance | -1,465.66 |
| | | Check | 01/04/2019 | 9658 | 1113 · Compass Bank - New 2016 | √ | 6185 · Liability Insurance | -1,465.66 |
| | | Check | 02/04/2019 | 9697 | 1113 · Compass Bank - New 2016 | √ | 6185 · Liability Insurance | -1,465.66 |
| | | Check | 03/04/2019 | 3 | 1113 · Compass Bank - New 2016 | √ | 6185 · Liability Insurance | -1,465.66 |
| | | Check | 04/01/2019 | | 1113 · Compass Bank - New 2016 | √ | 6185 · Liability Insurance | -1,563.07 |
| | | Check | 05/04/2019 | | 1113 · Compass Bank - New 2016 | √ | 6185 · Liability Insurance | -1,563.07 |
| | | | | | | | | |
| **Total** | | | | | | | | **-17,782.74** |
| | | | | | | | | |

| | | Type | Date | Num | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| **Prudential Overall Supply** | | | | | | | | |
| 12050 Crownpoint Dr, Suite 100 | | Bill Pmt -Check | 06/29/2018 | 9205 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -1,014.48 |
| San Antonio, TX 78233 | | Bill Pmt -Check | 07/23/2018 | 9270 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -387.74 |
| | | Bill Pmt -Check | 08/21/2018 | 9344 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -613.63 |
| | | Bill Pmt -Check | 10/10/2018 | 9459 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -1,810.61 |
| | | Bill Pmt -Check | 12/04/2018 | 9579 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -1,504.07 |
| | | Bill Pmt -Check | 12/31/2018 | 9654 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -505.67 |
| | | Bill Pmt -Check | 02/05/2019 | 9733 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -861.43 |
| | | Bill Pmt -Check | 04/02/2019 | 9880 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -1,298.04 |
| | | Bill Pmt -Check | 04/27/2019 | 9938 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -698.20 |
| | | Bill Pmt -Check | 05/04/2019 | 9942 | 1113 · Compass Bank - New 2016 | √ | 2000 · Accounts Payable | -734.68 |
| | | | | | | | | |
| **Total** | | | | | | | | **-9,428.55** |
| | | | | | | | | |
| **Sam's Club** | | | | | | | | |
| 2101 SE Simple Savings Dr | | Check | 05/24/2018 | | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -24.28 |
| Bentonville, AR 72716 | | Check | 05/24/2018 | | 1113 · Compass Bank - New 2016 | √ | 5040 · Retail Products | -186.98 |
| | | Check | 06/01/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -159.39 |
| | | Check | 06/01/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -275.69 |
| | | Check | 06/08/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -137.67 |
| | | Check | 06/08/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -126.34 |
| | | Check | 06/08/2018 | | 1113 · Compass Bank - New 2016 | √ | 6702 · Janitorial | -206.77 |
| | | Check | 06/18/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -138.51 |
| | | Check | 06/21/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -129.21 |
| | | Check | 06/25/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -161.16 |
| | | Check | 07/02/2018 | | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -161.05 |
| | | Check | 07/02/2018 | | 1113 · Compass Bank - New 2016 | √ | 6702 · Janitorial | -56.78 |
| | | Check | 07/02/2018 | | 1113 · Compass Bank - New 2016 | √ | 6370 · Meals | -0.96 |
| | | Check | 07/02/2018 | | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -137.85 |
| | | Check | 07/07/2018 | | 1113 · Compass Bank - New 2016 | √ | 6700 · Supplies | -80.18 |
| | | Check | 07/07/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -32.92 |
| | | Check | 07/09/2018 | | 1113 · Compass Bank - New 2016 | √ | 6702 · Janitorial | -32.45 |
| | | Check | 07/10/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -15.13 |
| | | Check | 07/17/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -213.94 |
| | | Check | 07/19/2018 | | 1113 · Compass Bank - New 2016 | √ | 6702 · Janitorial | -24.21 |
| | | Check | 07/20/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -91.72 |
| | | Check | 07/23/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -31.26 |
| | | Check | 07/23/2018 | | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -68.92 |
| | | Check | 07/23/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -38.76 |
| | | Check | 07/27/2018 | | 1113 · Compass Bank - New 2016 | √ | 6702 · Janitorial | -39.69 |
| | | Check | 07/30/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -41.09 |
| | | Check | 08/01/2018 | | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -137.85 |
| | | Check | 08/01/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -130.27 |
| | | Check | 08/06/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -134.02 |
| | | Check | 08/06/2018 | | 1113 · Compass Bank - New 2016 | √ | 6702 · Janitorial | -61.56 |
| | | Check | 08/06/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -19.94 |
| | | Check | 08/06/2018 | | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -9.48 |
| | | Check | 08/10/2018 | | 1113 · Compass Bank - New 2016 | √ | 6700 · Supplies | -86.38 |
| | | Check | 08/10/2018 | 9393 | 1113 · Compass Bank - New 2016 | √ | 6702 · Janitorial | -22.68 |
| | | Check | 08/16/2018 | | 1113 · Compass Bank - New 2016 | √ | 6700 · Supplies | -182.81 |

| Type | Date | Num | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|
| Check | 08/16/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -214.74 |
| Check | 08/17/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -48.84 |
| Check | 08/17/2018 | | 1113 · Compass Bank - New 2016 | √ | 6700 · Supplies | -276.43 |
| Check | 08/22/2018 | | 1113 · Compass Bank - New 2016 | √ | 6702 · Janitorial | -40.63 |
| Check | 08/23/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -29.88 |
| Check | 08/28/2018 | 9352 | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -155.90 |
| Check | 08/30/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -103.92 |
| Check | 09/05/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -9.98 |
| Check | 09/05/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -249.14 |
| Check | 09/22/2018 | 9416 | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -257.28 |
| Check | 09/22/2018 | | 1113 · Compass Bank - New 2016 | √ | 6702 · Janitorial | -15.67 |
| Check | 09/22/2018 | | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -82.39 |
| Check | 10/05/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -218.38 |
| Check | 10/05/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -230.47 |
| Check | 10/10/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -85.41 |
| Check | 10/19/2018 | 9485 | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -77.68 |
| Check | 10/19/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -103.76 |
| Check | 10/31/2018 | | 1113 · Compass Bank - New 2016 | √ | 6702 · Janitorial | -176.37 |
| Check | 10/31/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -31.34 |
| Check | 11/06/2018 | 9511 | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -91.04 |
| Check | 11/06/2018 | 9512 | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -211.87 |
| Check | 11/28/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -184.91 |
| Check | 11/28/2018 | 3 | 1113 · Compass Bank - New 2016 | √ | 6702 · Janitorial | -202.69 |
| Check | 12/18/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -129.27 |
| Check | 12/18/2018 | | 1113 · Compass Bank - New 2016 | √ | 6702 · Janitorial | -242.81 |
| Check | 12/31/2018 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -267.63 |
| Check | 01/15/2019 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -282.25 |
| Check | 01/15/2019 | | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -203.56 |
| Check | 01/15/2019 | | 1113 · Compass Bank - New 2016 | √ | 6160 · Dues and Subscriptions | -140.00 |
| Check | 01/28/2019 | 9695 | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -332.03 |
| Check | 01/28/2019 | 9696 | 1113 · Compass Bank - New 2016 | √ | 6702 · Janitorial | -244.92 |
| Check | 02/04/2019 | 9723 | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -122.98 |
| Check | 02/04/2019 | 9724 | 1113 · Compass Bank - New 2016 | √ | 6702 · Janitorial | -352.43 |
| Check | 02/13/2019 | 9737 | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -259.30 |
| Check | 02/13/2019 | 9738 | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -220.85 |
| Check | 02/13/2019 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -26.37 |
| Check | 02/18/2019 | 9761 | 1113 · Compass Bank - New 2016 | √ | 6705 · Retail Supplies | -172.12 |
| Check | 02/18/2019 | 9762 | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -176.41 |
| Check | 03/04/2019 | 9802 | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -185.68 |
| Check | 03/05/2019 | 9803 | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -225.90 |
| Check | 03/18/2019 | 9832 | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -177.08 |
| Check | 03/18/2019 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -290.48 |
| Check | 03/20/2019 | | 1113 · Compass Bank - New 2016 | √ | 6702 · Janitorial | -194.56 |
| Check | 03/27/2019 | 0325 | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -250.56 |
| Check | 03/28/2019 | | 1113 · Compass Bank - New 2016 | √ | 5103 · Van Fuel | -33.69 |
| Check | 03/28/2019 | | 1113 · Compass Bank - New 2016 | √ | 6702 · Janitorial | -39.25 |
| Check | 03/28/2019 | | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -84.52 |
| Check | 03/29/2019 | | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -20.98 |
| Check | 04/03/2019 | 9872 | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -96.86 |
| Check | 04/03/2019 | | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -76.27 |

| | | Type | Date | Num | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| | | Check | 04/09/2019 | 9889 | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -169.50 |
| | | Check | 04/09/2019 | | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -359.43 |
| | | Check | 04/12/2019 | 9892 | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -81.40 |
| | | Check | 04/12/2019 | 9893 | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -29.88 |
| | | Check | 04/17/2019 | 9898 | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -255.58 |
| | | Check | 04/17/2019 | 9899 | 1113 · Compass Bank - New 2016 | √ | 6702 · Janitorial | -93.96 |
| | | Check | 04/20/2019 | 9930 | 1113 · Compass Bank - New 2016 | √ | 8007 · Detail Supplies | -56.64 |
| | | Check | 04/26/2019 | 9934 | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -250.56 |
| | | Check | 04/26/2019 | | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -228.32 |
| | | Check | 05/01/2019 | 9937 | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -69.44 |
| | | Check | 05/04/2019 | 9972 | 1113 · Compass Bank - New 2016 | √ | 8006 · Customer Appreciation | -102.23 |
| | | Check | 05/04/2019 | 9971 | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -187.06 |
| | | Check | 05/16/2019 | 9977 | 1113 · Compass Bank - New 2016 | √ | 1301 · Inventory Retail | -9.96 |
| | | | | | | | | |
| **Total** | | | | | | | | **-13,239.34** |
| | | | | | | | | |
| **WTCPUA** | | | | | | | | |
| 13215 Bee Cave Pkwy | | Check | 05/29/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -157.41 |
| Bldg B, Ste 110 | | Check | 05/31/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -3,838.42 |
| Bee Cave, TX 78738-5561 | | Check | 06/26/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -124.75 |
| | | Check | 06/26/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -3,614.15 |
| | | Check | 07/26/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -98.62 |
| | | Check | 07/26/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -2,893.26 |
| | | Check | 08/28/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -98.62 |
| | | Check | 08/28/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -3,005.40 |
| | | Check | 09/17/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -3,037.44 |
| | | Check | 09/17/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -109.07 |
| | | Check | 10/23/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -98.62 |
| | | Check | 10/23/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -3,101.52 |
| | | Check | 11/20/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -98.62 |
| | | Check | 11/20/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -2,235.45 |
| | | Check | 12/17/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -98.62 |
| | | Check | 12/17/2018 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -2,412.67 |
| | | Check | 01/14/2019 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -98.62 |
| | | Check | 01/14/2019 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -2,685.00 |
| | | Check | 02/19/2019 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -103.84 |
| | | Check | 02/19/2019 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -2,428.69 |
| | | Check | 03/22/2019 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -98.62 |
| | | Check | 03/22/2019 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -2,701.02 |
| | | Check | 04/22/2019 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -98.62 |
| | | Check | 04/22/2019 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -2,973.36 |
| | | Check | 05/20/2019 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -109.07 |
| | | Check | 05/20/2019 | | 1113 · Compass Bank - New 2016 | √ | -SPLIT- | -3,758.32 |
| | | | | | | | | |
| **Total** | | | | | | | | **-40,077.80** |